IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLINE MERISIER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | No. 3:19-cv-2911-X-BN |
| | § | |
| JOHNSON COUNTY, TEXAS, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **GRANTS** Defendants Johnson County, Texas, Bill Moore, Stuart Madison, and Jeffrey Acklen's motion to dismiss [Doc. Nos. 20 & 21], **GRANTS** Defendant Zachary T. Jones's motion to dismiss [Doc. No. 40] and **DENIES** Plaintiff Carline Merisier's motion for leave [Doc. No. 37] to file the proposed second amended complaint [Doc. No. 37-1].

**IT IS SO ORDERED** this 22nd day of February 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE